UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2006 FEB 10 AM 11: 17
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN RE: SEARCH WARRANT

CASE NO. 6:05-mc-168-Orl-31JGG
and 05-1117-01-02

## MOTION FOR LEAVE TO UNSEAL

The United States of America, by Paul I. Perez, United States Attorney for the Middle District of Florida, moves this Court for leave to unseal all sealed documents under these case numbers. There is no longer a reason to keep these documents under seal because the defendant has now been arrested and arraigned in Case Number 6:06-cr-17-Orl-28KRS. The documents under seal must be made available to the defense as part of discovery in that case.

WHEREFORE, the government prays its Motion For Leave To Unseal be GRANTED.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: *Cynthia A. Hawkins*
Cynthia A. Hawkins
Assistant United States Attorney
Florida Bar No. 305049
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: cynthia.hawkins@usdoj.gov